UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Dane Richards

Case No.: 18-11152
Chapter: 13
Judge: Gravelle

## NOTICE OF PROPOSED PRIVATE SALE

_____Dane Richards, Sr._____, _____Chapter 13 Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street, Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine Gravelle_____ on _____February 21, 2018_____ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3___, _____402 East State Street Trenton New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 11 Eton Place, Eatontown, New Jersey

Proposed Purchaser: Jason Peters

Sale price: $240,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | | |
|---|---|---|
| Name of Professional: | Kim Spector | Joel Davies, Esq. |
| Amount to be paid: | 5% of Sales Price | Flat Fee $1,500 |
| Services rendered: | Realtor Commission | Legal Services |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph M. Casello, Esq.

Address: 2317 Route 34, Suite 1A, Manasquan, NJ 08736

Telephone No.: 732-751-1766

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11152-CMG
Dane Richards, Sr.                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Feb 01, 2018
                              Form ID: pdf905          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
```
db             +Dane Richards, Sr.,    112 Broad Street,    Eatontown, NJ 07724-1504
517286351      +A J Insurance Agency,    3455 State Route 66,    Neptune, NJ 07753-2759
517286352       AOL,   P.O. Box 5110,    Sterling, VA 20165
517286353      +AOL Collection Dept.,    Dept. 5110,    PO Box 65101,    Sterling, VA 20165-8801
517286354      +Atlantic Cardiology,    444 Neptune Blvd 2nd Floor,     Neptune, NJ 07753-4144
517286355      +Barbara Johansen,    57 Harry Drive,    Manahawkin, NJ 08050-4107
517286356      +Barclay Mastercard,    P.O. Box 8801,    Wilmington, DE 19899-8801
517286357       Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
517286359      +Christine Richards,    112 Broad Street,    Eatontown, NJ 07724-1504
517286360      +Elliott Lous Pell,Esq.,    P.O. Box 405,    Florham Park, NJ 07932-0405
517286361       First Data Global Leasing,    by American Infosource LP as Agent,    4545 N. Santa Fe Ave,
                 Oklahoma City, OK 73118
517286362       Grand Lake Resort,    PO Box 730119,    Ormond Beach, FL 32173-0119
517286363      +IFPS Corporation,    30 Montgomery Street, Suite 100,     Jersey City, NJ 07302-3866
517286365      +JCP&L,   c/o First Energy,    101 Crawfords Corner Road,    Bldg #1, Ste 1-511,
                 Holmdel, NJ 07733-1976
517286366      +Jeffrey Rosen, Esq.,    788 Shrewsbury Ave,    Suite 2207,    Tinton Falls, NJ 07724-3080
517286369      +Northland Group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
517287916      +Orion,   c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517286370      +Phelan Hallinan Diamond & Jones,PC,     400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517286373      +Richard Robertson,    1620 Sun Meadow Drive,    Conway, SC 29526-1906
517293232     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
517286375       Verizon,   PO Box 4833,    Trenton, NJ 08650-4833
517286376       Wells Fargo Bank, N.A. Home Equity Group,     1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
517286377      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 02:10:24     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 02:10:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517286358       E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 02:17:44      Care Credit,   Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
517294794      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2018 02:17:45     First Data Global Leasing,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517286364       E-mail/Text: cio.bncmail@irs.gov Feb 02 2018 02:09:59      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517286367       E-mail/Text: camanagement@mtb.com Feb 02 2018 02:10:07      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
517286368      +E-mail/Text: bknotices@mbandw.com Feb 02 2018 02:10:56      McCarthy, Burgess & Wolff,
                 The MB & W Building,    26000 Cannon Road,    Cleveland, OH 44146-1807
517286371       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 02:36:25
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
517286372       E-mail/Text: bnc-quantum@quantum3group.com Feb 02 2018 02:10:13     Quantum 3 Group LLC,
                 as Agent for MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517292549       E-mail/Text: bnc-quantum@quantum3group.com Feb 02 2018 02:10:13
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 10
```

         ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
517286374*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 01, 2018
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Joseph   Casello    on behalf of Debtor Dane   Richards, Sr. jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```