**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

COLLINS, VELLA & CASELLO, L.L.C.
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

**Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

   Dane Richards, Sr.

        Debtor

Chapter 13 Case No.: 18-11152

Judge: Hon. Christine Gravelle, U.S.B.J.

Hearing Date: February 7, 2018 at 9:00 a.m.

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: February 8, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Dane Ricards, Sr.
Case No: 18-11152
Caption of Order:  Order Extending the Automatic Stay

---

Upon the motion of the debtor's under Bankruptcy Code Section 362(c)(3)(B) to extend the automatic stay, and for cause shown; it is ORDERED as follows:

1. The motion is granted.  The automatic stay shall remain in full force and effect as to all creditors served wiht the notice of motion throughout this Chapter 13 proceeding subject to the rights of a secured creditor to seek relief from the stay consistent with the terms and conditions of 11 U.S.C. §362(d).