**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

COLLINS, VELLA & CASELLO, L.L.C.
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

   Dane Richards, Sr.

          Debtor

Chapter 13 Case No.: 18-11152

Judge: Hon. Christine Gravelle, U.S.B.J.

Hearing Date: February 7, 2018 at 9:00 a.m.

**ORDER EXTENDING THE AUTOMATIC STAY**

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: February 8, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Dane Ricards, Sr.
Case No: 18-11152
Caption of Order: Order Extending the Automatic Stay

---

Upon the motion of the debtor's under Bankruptcy Code Section 362(c)(3)(B) to extend the automatic stay, and for cause shown; it is ORDERED as follows:

1.  The motion is granted. The automatic stay shall remain in full force and effect as to all creditors served wiht the notice of motion throughout this Chapter 13 proceeding subject to the rights of a secured creditor to seek relief from the stay consistent with the terms and conditions of 11 U.S.C. §362(d).

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-11152-CMG
Dane Richards, Sr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Feb 08, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
db             +Dane Richards, Sr.,    112 Broad Street,    Eatontown, NJ 07724-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Joseph    Casello    on behalf of Debtor Dane  Richards, Sr. jcasello@cvclaw.net,
           jcasello627@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5