Denise Carlon, ESQUIRE
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for M&T Bank

| | |
|---|---|
| IN THE MATTER OF:<br><br>Dane Richards Sr.<br><br>DEBTOR. | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 18-11152 CMG<br><br>LIMITED OBJECTION TO MOTION TO SELL |

The undersigned, Denise Carlon, Esquire For KML Law Group, P.C., attorney for Secured Creditor **M&T Bank**, the holder of a Mortgage on the debtors' premises at **11 Eton Place Eatontown, NJ 07724** hereby objects to the Order Approving Sale for the following reasons:

1. The proposed order provides that the sale shall be free and clear of all liens, including this lien, with liens attaching to proceeds of the sale.

2. The proposed order does not indicate how much will be paid to Secured Creditor. Any payoff of the Secured Creditor's claim must be calculated according to New Jersey state law. See 11 U.S.C 1325(a)(5)(B)(I)(aa).

In the event the Order is amended, this objection will be withdrawn.

.

                                            **/s/** Denise Carlon**, Esquire**
                                            Denise Carlon, ESQUIRE
                                            Attorney for M&T Bank

Dated:  February 15, 2018