Richard B. Robertson

1620 Sun Meadow Drive

Conway, South Carolina 29526

January 29, 2019

US Bankruptcy Court

402 East State Street

Trenton, NJ 08608

**Case Number: 18-11152-CMG**

Dear Sirs,

As per Dane Richards Attorney, Joseph M. Casello, who has concluded that my motion should be denied and the cross motion should be granted to reclassify my claim as a general unsecured claim.

Attached please find proof of claim dated December 30th, 2016. This is a claim for wages as per the attached document, Judgement #DJ240720-16 in the amount of $7,696.

Please reverse Mr. Casella's conclusion and have my claim paid.

Sincerely,

Richard B. Robertson

Home    NJCourts

**JUDGMENT SEARCH**

Need Step-By-Step Help?    Judgment Public Search Demo Videos    Contact Us

## Judgment Search Result Details

Note: If you have pop-up blocker installed, you must disable it to view party details
Search for a Judgment by selecting one of the following tabs below.

Name | Judgment # | Docket #

Judgment Number: DJ 240720 16- STATE VS RICHARDS & R&R REDEVELOPMENT LLC
Filing Location: MONMOUTH     Court: NON     Judgment Status: Open     Status Date: 12/30/2016     Judgment Amount: $7696.00
Court Costs: $0.00     Interest: $0.00     Attorney Fee: $0.00     Other Amount: $0.00     Processing Location: MONMOUTH
Judgment Enter Date: 12/30/2016     Time: 10:16AM     Judgment Filing Date: 12/30/2016

### Party/Debt Summary

Debt ID: 1   Debt Status: Open   Debt Amount: $6500.00   Attorney Fee: $0.00   Cost: $0.00   Interest: $0.00   Other Amount: $0.00   Debt Enter Date: 12/30/2016

| Name(Last, First MI, Suffix) | Role | Alternate Names | Party Debt Status | Status Date |
|---|---|---|---|---|
| R&R REDEVELOPMENT LLC | DEBTOR | | Open | 12/30/2016 |
| RICHARDS, DANE | DEBTOR | | Open | 12/30/2016 |
| ROBERTSON, RICHARD | CREDITOR | | Open | 12/30/2016 |

Debt ID: 2   Debt Status: Open   Debt Amount: $1196.00   Attorney Fee: $0.00   Cost: $0.00   Interest: $0.00   Other Amount: $0.00   Debt Enter Date: 12/30/2016

| Name(Last, First MI, Suffix) | Role | Alternate Names | Party Debt Status | Status Date |
|---|---|---|---|---|
| R&R REDEVELOPMENT LLC | DEBTOR | | Open | 12/30/2016 |
| RICHARDS, DANE | DEBTOR | | Open | 12/30/2016 |
| DIV OF WAGE & HOUR COMPLIANCE | CREDITOR | | Open | 12/30/2016 |

### Document Summary

1.

| Document Type | Document File Date | Document Status |
|---|---|---|
| WRIT EXEC ISSUED | 02/15/2017 | |

| Party Name (Party Doc Role) |
|---|
| R&R REDEVELOPMENT LL C , (T) |
| RICHARDS DANE , (T) |
| ROBERTSON RICHARD , (P) |

Print    Search Again    Back

Screen Id 123456    © Copyright NJ Judiciary 2018

BUILD:2018.02.3.00.050

Case 18-11152-CMG    Doc 74    Filed 02/06/19    Entered 02/06/19 15:49:51    Desc Main
Document      Page 3 of 3

Home   NJCourts

**JUDGMENT SEARCH**

Need Step-By-Step Help?   Judgment Public Search Demo Videos   Contact Us

## Judgment Search Result Details

Note: If you have pop-up blocker installed, you must disable it to view party details
Search for a Judgment by selecting one of the following tabs below.

| Name | Judgment # | Docket # |

Judgment Number: DJ 240720 16- STATE VS RICHARDS & R&R REDEVELOPMENT LLC

| Filing Location: MONMOUTH | Court: NON | Judgment Status: Open | Status Date: 12/30/2016 | Judgment Amount: $7696.00 |
| Court Costs: $0.00 | Interest: $0.00 | Attorney Fee: $0.00 | Other Amount: $0.00 | Processing Location: MONMOUTH |
| Judgment Enter Date: 12/30/2016 | Time: 10:16AM | Judgment Filing Date: 12/30/2016 | | |

### Party/Debt Summary

Debt ID: 1   Debt Status: Open   Debt Amount: $6500.00   Attorney Fee: $0.00   Cost: $0.00   Interest: $0.00   Other Amount: $0.00   Debt Enter Date: 12/30/2016

| Name(Last, First MI, Suffix) | Role | Alternate Names | Party Debt Status | Status Date |
|---|---|---|---|---|
| R&R REDEVELOPMENT LLC | DEBTOR | | Open | 12/30/2016 |
| RICHARDS, DANE | DEBTOR | | Open | 12/30/2016 |
| ROBERTSON, RICHARD | CREDITOR | | Open | 12/30/2016 |

Debt ID: 2   Debt Status: Open   Debt Amount: $1196.00   Attorney Fee: $0.00   Cost: $0.00   Interest: $0.00   Other Amount: $0.00   Debt Enter Date: 12/30/2016

| Name(Last, First MI, Suffix) | Role | Alternate Names | Party Debt Status | Status Date |
|---|---|---|---|---|
| R&R REDEVELOPMENT LLC | DEBTOR | | Open | 12/30/2016 |
| RICHARDS, DANE | DEBTOR | | Open | 12/30/2016 |
| DIV OF WAGE & HOUR COMPLIANCE | CREDITOR | | Open | 12/30/2016 |

### Document Summary

1.

| Document Type | Document File Date | Document Status |
|---|---|---|
| WRIT EXEC ISSUED | 02/15/2017 | |

| Party Name (Party Doc Role) |
|---|
| R&R REDEVELOPMENT LL C , (T) |
| RICHARDS DANE , (T) |
| ROBERTSON RICHARD , (P) |

Print  Search Again  Back

Screen Id 123456   © Copyright NJ Judiciary 2018

BUILD:2018.02.3.00.050