UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dane Richards, Sr.

Case No.: __18-11152-CMG__

Hearing Date: __2/6/19__

Judge: __Christine M. Gravelle__

Chapter: __13__

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
__to Reclassify Claim__

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 13, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____December 26_____, 20 _18_ by _Richard B. Roberton_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*