| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**COLLINS, VELLA & CASELLO, LLC**<br>2317 Highway 34 South, Suite 1A<br>Manasquan, NJ 08736<br>**Attorneys for Debtor**<br>(732) 751-1766<br>Joseph M. Casello, Esq. | Order Filed on February 22, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Dane Richards<br><br>    Debtor-in-Possession | Case No.: Chapter 13 Case No. 18-11152<br><br>Adv. No.:<br><br>Hearing Date: 2/6/19<br><br>Judge: Hon. Christine Gravelle, U.S.B.J. |

## ORDER GRANTING CROSS MOTION TO RECLASSIFY CLAIM

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 22, 2019**

*(signature)*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor:      Dane Richards
Case No.:    18-11152
Caption:     Order Granting Cross Motion to Reclassify Claim

---

This matter having been opened to the Court upon the filing of a cross motion to Reclassify the Claim of Richard Robertson and the Court having reviewed the moving papers and having heard the arguments of counsel and for good cause shown its is ORDERED as follows:

1. The cross motion is granted.

2. The priority claim filed by Richard Robertson in the above captioned Chapter 13 bankruptcy case which appears as claim 8 on the claim register is hereby reclassified as a general unsecured claim.