UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**COLLINS, VELLA & CASELLO, LLC**
2317 Highway 34 South, Suite 1A
Manasquan, NJ 08736
**Attorneys for Debtor**
**(732) 751-1766**
**Joseph M. Casello, Esq.**

Order Filed on February 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dane Richards

    Debtor-in-Possession

Case No.: Chapter 13 Case No. 18-11152

Adv. No.:

Hearing Date: 2/6/19

Judge: Hon. Christine Gravelle, U.S.B.J.

### ORDER GRANTING CROSS MOTION TO RECLASSIFY CLAIM

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor:      Dane Richards
Case No.:    18-11152
Caption:     Order Granting Cross Motion to Reclassify Claim

---

This matter having been opened to the Court upon the filing of a cross motion to Reclassify the Claim of Richard Robertson and the Court having reviewed the moving papers and having heard the arguments of counsel and for good cause shown its is ORDERED as follows:

1. The cross motion is granted.

2. The priority claim filed by Richard Robertson in the above captioned Chapter 13 bankruptcy case which appears as claim 8 on the claim register is hereby reclassified as a general unsecured claim.

United States Bankruptcy Court
District of New Jersey

In re:  
Dane Richards, Sr.  
    Debtor

Case No. 18-11152-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 22, 2019  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.  
db           #+Dane Richards, Sr.,    112 Broad Street,    Eatontown, NJ 07724-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:  
         Albert    Russo     docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eamonn   O'Hagan     on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
         Joseph   Casello     on behalf of Debtor Dane   Richards, Sr. jcasello@cvclaw.net, jcasello627@gmail.com  
         Nicholas V. Rogers     on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com  
         Rebecca Ann Solarz     on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
         William M.E. Powers, III     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                          TOTAL: 9