UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLLINS, VELLA & CASELLO, LLC
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732)751-1766
Attorneys for the Debtor
JC8964

**Order Filed on May 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dane Richards, Sr.

Case No.: 18-11152

Chapter: 13

Judge: Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 30, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____the Debtor_____ for the reduction of time for a hearing on  Motion to Reimpose the Automatic Stay _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____June 3, 2019_____ at 11:00 a.m. in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey_____, Courtroom No. ___3___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Chapter 13 Standing Trustee and counsel for Wells Fargo Bank. 
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  counsel for Wells Fargo Bank 

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

> ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

> ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

> ☒ Parties may request to appear by phone by contacting Court-solutions.com prior to the return date.

*rev.2/1/16*

3