| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>COLLINS, VELLA & CASELLO, L.L.C.<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736<br>(732) 751-1766<br>Attorneys for Debtor<br>Joseph M. Casello, Esq. | Order Filed on June 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Dane Richards, Sr.<br><br>Debtor | Chapter 13 Case No.: 18-11152<br><br>Judge: Hon. Christine Gravelle, U.S.B.J.<br><br>Hearing Date: |

## *Interim* ORDER REIMPOSING THE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: June 3, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Dane Ricards, Sr.
Case No: 18-11152
Caption of Order: Order Reimposing the Automatic Stay

---

This matter was opened to the Court upon the Debtors' motion to reimpose the automatic stay as to WELLS FARGO BANK, and the Court having reviewed the Debtors' motion and supporting certification and any opposing papers and having heard the argument of counsel, if appropriate

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The automatic stay is hereby reinstated as to WELLS FARGO BANK as to the Debtors' residential real estate located at 112 Broad Street, Eatontown, New Jersey. Until June 19, 2019.

2. ~~The automatic stay shall remain in effect until August 2, 2019 to allow the Debtor to retain a realtor, retain special real estate counsel, file a motion to obtain an order authorizing the sale of real property and to conduct the closing.~~

3. ~~If the property is not sold by August 2, 2019, the stay shall again be vacated and Wells Fargo Bank can proceed with its sheriff sale.~~

The hearing on the motion to reinstate the stay is adjourned until June 19, 2019 at 12:00.

The Sheriff Sale on the property located at 112 Broad Street Eatontown NJ shall not take place on or before June 19, 2019. The sale shall be adjourned until the next available date after June 19, 2019.