UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-11152 |
| Dane Richards | Chapter: | 13 |
| | Judge: | Gravelle |

## NOTICE OF PROPOSED PRIVATE SALE

___Dane Richards, Sr.___, ___Chapter 13 Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street, Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine Gravelle___ on ___July 3, 2019___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3___, ___402 East State Street Trenton New Jersey___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   112 Broad Street, Eatontown, New Jersey

Proposed Purchaser:   Jackie Matsas

Sale price:  $240,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | | |
|---|---|---|
| Name of Professional: | Maria Rizzo | Joel Davies, Esq. |
| Amount to be paid: | 6% of Sales Price | Flat Fee $1,500 |
| Services rendered: | Realtor Commission | Legal Services |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph M. Casello, Esq.

Address: 2317 Route 34, Suite 1A, Manasquan, NJ 08736

Telephone No.: 732-751-1766

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11152-CMG
Dane Richards, Sr.                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 13, 2019
                              Form ID: pdf905          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db              #+Dane Richards, Sr.,    112 Broad Street,    Eatontown, NJ 07724-1504
sp               +Joel Davies,    143 Route 70,    Toms River, NJ 08755-0971
r                +Kim Spector,    Coldwell Banker,    17 West River Road,    Rumson, NJ 07760-1418
r                +Maria Rizzo,    1055 Lacey Road,    Forked River, NJ 08731-1041
cr               +Richard B. Roberton,    1620 SunMeadow Dr.,    Conway, SC 29526-1906
cr               +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                   Mt. Laurel, NJ 08054-3437
517286351        +A J Insurance Agency,    3455 State Route 66,    Neptune, NJ 07753-2759
517286352         AOL,   P.O. Box 5110,    Sterling, VA 20165
517286353        +AOL Collection Dept.,    Dept. 5110,    PO Box 65101,    Sterling, VA 20165-8801
517286354        +Atlantic Cardiology,    444 Neptune Blvd 2nd Floor,    Neptune, NJ 07753-4144
517286355        +Barbara Johansen,    57 Harry Drive,    Manahawkin, NJ 08050-4107
517286356        +Barclay Mastercard,    P.O. Box 8801,    Wilmington, DE 19899-8801
517286359        +Christine Richards,    112 Broad Street,    Eatontown, NJ 07724-1504
517286360        +Elliott Lous Pell,Esq.,    P.O. Box 405,    Florham Park, NJ 07932-0405
517286361         First Data Global Leasing,    by American Infosource LP as Agent,    4545 N. Santa Fe Ave,
                   Oklahoma City, OK 73118
517286362         Grand Lake Resort,    PO Box 730119,    Ormond Beach, FL 32173-0119
517286363        +IFPS Corporation,    30 Montgomery Street, Suite 100,    Jersey City, NJ 07302-3866
517286365        +JCP&L,   c/o First Energy,    101 Crawfords Corner Road,    Bldg #1, Ste 1-511,
                   Holmdel, NJ 07733-1976
517286366        +Jeffrey Rosen, Esq.,    788 Shrewsbury Ave,    Suite 2207,    Tinton Falls, NJ 07724-3080
517286369        +Northland Group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
517287916        +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517286370        +Phelan Hallinan Diamond & Jones,PC,    400 Fellowship Road, Suite 100,
                   Mount Laurel, NJ 08054-3437
517286373        +Richard Robertson,    1620 Sun Meadow Drive,    Conway, SC 29526-1906
517293232       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                   PO Box 245,    Trenton, NJ  08695-0245)
517342557         Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,
                   1000 Blue Gentian Road,    Eagan MN 55121-7700
517286376         Wells Fargo Bank, N.A. Home Equity Group,    1 Home Campus X2303-01A,
                   Des Moines, IA 50328-0001
517286377        +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:41      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
cr                E-mail/Text: cio.bncmail@irs.gov Jun 14 2019 00:56:51
                   United States of America (Internal Revenue Service,     U.S. Attorney's Office,
                   970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
517286357         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 01:01:56      Capital One Bank,
                   PO Box 71083,    Charlotte, NC 28272-1083
517286358         E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:00:33      Care Credit,    Synchrony Bank,
                   PO Box 960061,    Orlando, FL 32896-0061
517294794        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 01:00:51      First Data Global Leasing,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517286367         E-mail/Text: camanagement@mtb.com Jun 14 2019 00:57:09      M&T Bank,    P.O. Box 1288,
                   Buffalo, NY 14240-1288
517286368        +E-mail/Text: bknotices@mbandw.com Jun 14 2019 00:58:04      McCarthy, Burgess & Wolff,
                   The MB & W Building,    26000 Cannon Road,    Cleveland, OH 44146-1807
517400739        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:00:41
                   Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                   Norfolk, VA 23541-1021
517286371         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:18:20
                   Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
517320016         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:00:42
                   Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517320014         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:00:41
                   Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                   Norfolk VA 23541
517286372         E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 00:57:28      Quantum 3 Group LLC,
                   as Agent for MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517292549         E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 00:57:28
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517392881        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 01:02:13      Verizon,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517286375         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 14 2019 00:55:10
                   Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jun 13, 2019
                              Form ID: pdf905          Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                        TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517286364*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517286374*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                  Trenton, NJ 08695-0245)
                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Joseph  Casello    on behalf of Debtor Dane  Richards, Sr. jcasello@cvclaw.net,
               jcasello627@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                         TOTAL: 10
```