| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>COLLINS, VELLA & CASELLO, L.L.C.<br>2317 Highway 34, Suite 1A<br>Manasquan, NJ 08736<br>(732) 751-1766<br>Attorneys for Debtor<br>Joseph M. Casello, Esq. | Order Filed on July 1, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>   Dane Richards, Sr.<br><br>        Debtor | Chapter 13 Case No.: 18-11152<br><br>Judge: Hon. Christine Gravelle, U.S.B.J.<br><br>Hearing Date: June 19, 2019 at 12:00 |

## ORDER REIMPOSING THE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

**DATED: July 1, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Dane Ricards, Sr.
Case No: 18-11152
Caption of Order: Order Reimposing the Automatic Stay

---

This matter was opened to the Court upon the Debtors' motion to reimpose the automatic stay as to WELLS FARGO BANK, and the Court having reviewed the Debtors' motion and supporting certification and any opposing papers and having heard the argument of counsel, if appropriate

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The automatic stay is hereby reinstated as to WELLS FARGO BANK as to the Debtors' residential real estate located at 112 Broad Street, Eatontown, New Jersey.

2. The automatic stay shall remain in effect until July 31, 2019.

3. If the property is not sold by July 31, 2019, the stay shall again be vacated and Wells Fargo Bank can proceed with its sheriff sale.