RICHARD B. ROBERTSON

1620 SUNMEADOW DRIVE

CONWAY, SC 29526

843-369-1799

July 13, 2019

US Bankruptcy Court

District of New Jersey

402 East State Street

Trenton, NJ 08608

Re: Debtor, Dane Richards Sr.

   Case # 18-11152-CMG

Dear Sirs,

*Hearing 8/7/19*

In response to your "Notice of Hearing on Application for Compensation" for payment of commission or fees of $1,800.00 to Collins, Vella & Casello, LLC I am voicing my official objection to this payment.

In October of 2016 Judge Theodore Tardiff (case # WC-455-0416TAR) **awarded** me $7,696 in payment of wages and commissions due me for my employment with Dane Richards. To-date I have not received the wages due me.

I feel that past due payments should be made before Collins, Vella & Casello, LLC receives payment. After all, they knew what they were getting into as Mr. Richards does not pay anyone including the IRS.

Again, this as an official objection to this hearing.

Sincerely,

Richard B. Robertson

Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18-11152-CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dane Richards Sr.
112 Broad Street
Eatontown, NJ 07724

Social Security No.:
xxx–xx–6504

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      8/7/19
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Collins, Vella & Casello, LLC

COMMISSION OR FEES
$1,800.00

EXPENSES
–0–

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 8, 2019
JAN:

Jeanne Naughton
Clerk

WED-29008 0912-3-19-12-11-52
Joseph Casello
2317 Route 34 South
Suite 1A
Manasquan, NJ 08736

027080 27080 1 AB 0.409 29526 3 8 8847-1-27457

Richard B. Roberton
1620 SunMeadow Dr.
Conway, SC 29526-1906

027080    29008027107013