

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br> Dane Richards, Sr. | Case No.: _____18-11152_____<br><br>Judge: _____Gravelle_____<br><br>Chapter: _____13_____ |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that _____Albert Russo_____ is discharged as Trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is _____Converted_____ .

DATED: _12/10/2019_____

Christine M. Gravelle_____
Judge, United States Bankruptcy Court