UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Dane Richards, Sr.

Case No.: 18-11152
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __February 25, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
112 Broad Street,
Eatontown, New Jersey
Valued at $325,000.00

Liens on property:
Wells Fargo, $101,167.09 and $205,251.58;
costs of sale estimated at 10%, or $32,500.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:  Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.:  (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11152-CMG
Dane Richards, Sr.                                                        Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 23, 2020
                              Form ID: pdf905          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.
```
db             +Dane Richards, Sr.,    1710 West Princeton Ave.,    Brick, NJ 08724-2919
sp             +Joel Davies,    143 Route 70,    Toms River, NJ 08755-0971
r              +Kim Spector,    Coldwell Banker,    17 West River Road,    Rumson, NJ 07760-1418
r              +Maria Rizzo,    1055 Lacey Road,    Forked River, NJ 08731-1041
cr             +Richard B. Roberton,    1620 SunMeadow Dr.,    Conway, SC 29526-1906
cr             +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517286351      +A J Insurance Agency,    3455 State Route 66,    Neptune, NJ 07753-2759
517286352       AOL,   P.O. Box 5110,    Sterling, VA 20165
517286353      +AOL Collection Dept.,    Dept. 5110,    PO Box 65101,    Sterling, VA 20165-8801
517286354      +Atlantic Cardiology,    444 Neptune Blvd 2nd Floor,    Neptune, NJ 07753-4144
517286355      +Barbara Johansen,    57 Harry Drive,    Manahawkin, NJ 08050-4107
517286356      +Barclay Mastercard,    P.O. Box 8801,    Wilmington, DE 19899-8801
517286359      +Christine Richards,    112 Broad Street,    Eatontown, NJ 07724-1504
517286360      +Elliott Lous Pell,Esq.,    P.O. Box 405,    Florham Park, NJ 07932-0405
517286361       First Data Global Leasing,    by American Infosource LP as Agent,    4545 N. Santa Fe Ave,
                 Oklahoma City, OK 73118
517286362       Grand Lake Resort,    PO Box 730119,    Ormond Beach, FL 32173-0119
517286363      +IFPS Corporation,    30 Montgomery Street, Suite 100,    Jersey City, NJ 07302-3866
517286365      +JCP&L,    c/o First Energy,    101 Crawfords Corner Road,    Bldg #1, Ste 1-511,
                 Holmdel, NJ 07733-1976
517286366      +Jeffrey Rosen, Esq.,    788 Shrewsbury Ave,    Suite 2207,    Tinton Falls, NJ 07724-3080
517286369      +Northland Group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
517287916      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517286370      +Phelan Hallinan Diamond & Jones,PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517286373      +Richard Robertson,    1620 Sun Meadow Drive,    Conway, SC 29526-1906
517293232     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
517342557       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
517286376       Wells Fargo Bank, N.A. Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
517286377      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 23:56:43     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 23:56:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov Jan 23 2020 23:55:54
                 United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                 970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
517286357       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 00:03:36      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
517286358       E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:03:20      Care Credit,    Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
517294794      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2020 00:16:02      First Data Global Leasing,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517286367       E-mail/Text: camanagement@mtb.com Jan 23 2020 23:56:11     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517286368      +E-mail/Text: bknotices@mbandw.com Jan 23 2020 23:57:07     McCarthy, Burgess & Wolff,
                 The MB & W Building,    26000 Cannon Road,    Cleveland, OH 44146-1807
517400739      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 00:03:43
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517286371       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 00:04:38
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
517320016       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 00:02:45
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517320014       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 00:02:46
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517286372       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 23:56:28      Quantum 3 Group LLC,
                 as Agent for MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517292549       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 23:56:28
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517392881      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2020 00:15:32      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517286375       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2020 23:55:25
                 Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 23, 2020
                              Form ID: pdf905          Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                          TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517286364*       Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517286374*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,   P.O. Box 245,
                  Trenton, NJ 08695-0245)
                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan     on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Joseph Casello    on behalf of Debtor Dane  Richards, Sr. jcasello@cvclaw.net,
               jcasello627@gmail.com
              Karen E. Bezner     Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner     on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Robert Davidow     on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                         TOTAL: 11
```