UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                        Case no.:      18-11152

Dane Richards, Sr.           Chapter:        7

                              Judge:        Gravelle

Debtor(s)

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
112 Broad Street, Eatontown, New Jersey.

JEANNE A. NAUGHTON, Clerk

Date: 2/20/2020                 By: Gary A. Nau

*rev.2/10/17*