Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−11152−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dane Richards Sr.
   1710 West Princeton Ave.
   Brick, NJ 08724

Social Security No.:
   xxx−xx−6504

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after March 27, 2020 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: February 26, 2020
JAN: gan

                                                                         Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dane Richards, Sr.  
    Debtor

Case No. 18-11152-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 26, 2020  
                   Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.  
db         +Dane Richards, Sr.,    1710 West Princeton Ave.,    Brick, NJ 08724-2919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2020 00:59:40     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2020 00:59:37     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                    TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:  
        Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com  
        Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
        Joseph Casello    on behalf of Debtor Dane Richards, Sr. jcasello@cvclaw.net, jcasello627@gmail.com  
        Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
        Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                                       TOTAL: 11